```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

```
DESHAYLA AVANT                  :   HONORABLE JOSEPH E. IRENAS
           Plaintiff,           :
                                :   CIVIL ACTION NO. 07-1997 (JEI)
     v.                         :
                                :   ORDER DENYING MOTION TO REMAND
                                :            (Docket #3)
J.C. PENNEY; JOHN DOE 1 TO 5;   :
MARY DOE 1 TO 5; ABC            :
PARTNERSHIPS 1 TO 5;            :
and XYZ CORPORATIONS 1 TO 5     :
jointly, severally, and/or      :
in the alternative,             :
           Defendants.          :
```

**APPEARANCES:**

MARSHALL, DENNEHEY, WARNER, COLEMAN & GROGGIN
BY: Walter J. Klekotka, Esquire
200 Lake Drive East, Suite 300
Cherry Hill, New Jersey 08002
     Counsel for J.C. Penney

HOFFMAN DiMUZIO
BY: James S. Taylor, Esquire
1739-1753 Delsea Drive
PO Box 285
Franklinville, New Jersey 08322
     Counsel for Plaintiff

**IRENAS**, Senior District Judge

     This matter having appeared before the Court upon Plaintiff's Motion to Remand (Docket #3), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by the Court, which findings of fact and conclusions of law are incorporated herein by reference, and

1

for good cause appearing;

**IT IS** on this  19th  day of June, 2007,

**ORDERED THAT**

Plaintiff's Motion to Remand (Docket #3) is hereby **DENIED.**

s/ *Joseph E. Irenas*
JOSEPH E. IRENAS
Senior United States District Judge